# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

STATE of FLORIDA, ex rel; Stephen P. Wallace
And all Florida Taxpayers similarly situated,
Plaintiffs,

CASE No. 4:22CV113 MW/MJF

vs.

Related FL. Supreme Court No. SC 21-1649

John A. Tomasino, individually, under BIVENS ACT;
COLE, SCOTT & KISSANE, PA, et al;
Carlos H. Gamboa, individually;
Carib Petroleum, corporately;
Steven P. White, individually;
WHITE GROUP, corporately,
Defendants.

## COMPLAINT & PARTIES

1 State of Florida has Standing as Defendants have allegedly perpetrated Fraud on the State; Fraud on the State courts; Fraud upon Co-Petitioners Wallace, and ENTRAPPED a Florida Assistant Attorney General into their alleged SCHEME, under Color of Law;

2 Stephen P. Wallace, is at all times relevant hereto a Resident of the State of Florida, and a Co-Victim of Sham Process, under Color of Law;

3 John A. Tomasino is Chief Clerk at FLORIDA SUPREME COURT, is sued for his alleged "ultra vires Acts", under Color of Law;

4 COLE, SCOTT & KISSANE, PA, et al. Agents, is the HOST LAW FIRM housing the alleged multiple Actors in Conspiracy, under Color of Law; **NOTE: BAR Complaint still Pending.**

5-6 Carlos H. Gamboa is Owner of CARIB PETROLEUM, based in Miami, Florida;

7-8 Steven P. White is Owner of the WHITE GROUP, based in the Tulsa, Oklahoma region;



## FACTS OF RECORD

9 That Co-Plaintiffs REALLEGE & REINCORPORATE ALL PLEADINGS & EVIDENCE therein filed of RECORD in the FLORIDA SUPREME COURT and in the CIRCUIT COURT FOR THE ELEVENTH JUDICIAL DISTRICT in MIAMI-DADE COUNTY, FLORIDA;

10 That Co-Plaintiffs allege that STATE OF FLORIDA has needlessly lost Taxpayer Funds by the DENIAL OF DUE PROCESS Multiple FILINGS to hold Actors ACCOUNTABLE, including the ENTRAPMENT of a Florida Asst. Attorney General into filing Pleadings in Support of the alleged Misfeasance/ Malfeasance initially perpetrated by FSC Chief Clerk, **TOMASINO**, and AIDED & ABETTED by Agents of **COLE, SCOTT & KISSANE, PA**;

11 That the GAMBOA & WHITE GROUP Defendants, having over 50 years of Friendship & Camaraderie, did then covertly CONSPIRE across State Lines, to Deprive Wallace of his JV Equity & Fees as the "Sole Procuring Cause" for their ongoing Pan American Enterprise JV, reaping "tens of millions" in profits since the "2009 SUBVERSION of Wallace's Interest";

12 That after Wallace was initially made Victim in Miami Dade by the Judicial Tyranny that sought to BREACH the Rules of Civil Procedure after Defendants counsel had "Slept on their DUTY to REPLY" to the Multiple Pleadings to the Original Judge, without a RESPONSE, then compelling Wallace to seek a Summary Judgment from Chief Judge Sayfie & En Banc Panel, did the "BAIT & SWITCH" and Violations to the RULES of Civil Procedure become a BURDEN & OBSTACLE to the COLE, SCOT & KISSANE, PA Actors in Conspiracy, under Color of Law;

13 That Wallace had No Other OPTION for said EXTRAORDINARY ACTS, than to timely seek a WRIT of MANDAMUS from the Florida Supreme Court, however after waiting weeks for the WRIT to Appear on the DOCKET, did Wallace FILE USPS Criminal Complaint;

14 Fortunately, the WRIT was found after Chief Clerk TOMASINO realized the USPS Felony consequences, wherein Wallace was instantly GRANTED IN FORMA PAUPERIS FILING and WAIVER of FEES, thus ASSUMING SOLE JURISDICTION, via **Chief Justice Charles T. Canady**;

15 That **TOMASINO**, allegedly @ the covert bequest of **COLE, SCOTT & KISSANE** PA Agents of RECORD, conspire, **WITHOUT an ORDER**, to illicitly TRANSFER the WRIT back to the Miami-Dade Appellate CLERK in Miami, ex parte, where In Forma Pauperis was GRANTED only as a Subterfuge to their covert "PLAN of ACTION", under Color of Law;

16 That COLE, SCOTT & KISSANE then utilized their Plantation Office Agent, Mike Rosenburg, to entrap local Fort Lauderdale based Asst, AG, Christopher M. Sutter, into filing Responses that were in Direct Conflict to the "sham Process perpetrated @ Florida Supreme Court", under Color of Law;

17 That said Predicate Pattern has now entrapped the Hon. Florida AG Ashley Moody, and Hon. Governor Ron DeSantis, who has Confirmed Receipt, as well as **all ACLU FL. Offices;**

**NOTE:** That USPS Criminal Investigations have "Opened a CASE", and the FORM sent to me at my Wellington Address was Forwarded to Wallace's Confidant, Fred Mercer in OKC, which his Testimony will Confirm that he Forwarded to Wallace's temporary Irving, TX., address, but was again confiscated & deprived Delivery, compelling a 2nd Criminal Notice;

### COUNT ONE- Deprivation of & Conspiracy Against Rights, under Color of Law

18 Co-Petitioners allege Defendants, Joint & Several, intentionally, acted with malice & forethought, that violated [***Title 18, USC; Sections 241 & 242***];

### COUNT TWO- VIOLATION OF INTERSTATE COMMERCE

19 Co-Petitioners allege that Defendants violated the Rules of Interstate Commerce via the Oklahoma based WHITE GROUP, and their Counsel of RECORD;

### COUNT THREE- RICO

20 Co-Petitioners allege that Defendants violated the "more than 2 PREDICATE ACTS", triggering the RICO Statute, under Color of Law;

### REMEDY SOUGHT

GOVERNOR DeSantis & AG Moody should JOIN in this ACTION, to clear the State's NAME, and should BEAR THE EXPENSE of SUMMONS ISSUANCE to ALL PARTIES, and Co-Petitioners seek a SUMMARY JUDGMENT from this USDC, sua sponte, should the above Testimony be VERIFIED, with Treble Exemplary DAMAGES levied upon All Defendants, Joint & Several, with an ORDER that the DAMAGES levied by this USDC be Deposited in Bank of America as a RECEIVER PENDENTE LITE.   Respectfully submitted,

AFFIDAVIT  *Stephen P. Wallace*

I swear/affirm the foregoing is true & correct under penalty of perjury.

*Stephen P. Wallace*

State of Texas
County of Dallas
Stephen P. Wallace appeared & signed this Document on the 12th day of March, 2022

DONYELL MCGILBERT
Notary Public
STATE OF TEXAS
My Comm. Exp. 07-23-23
Notary ID # 13209890-5

*Donyell McGilbert*
Notary Public

## IN THE SUPREME COURT OF FLORIDA

Stephen P. Wallace, individually, and as a
Pro se/pauperis Petitioner,

vs.                                                    No. SC21-1649

Honorable Nushin G. Sayfie, in her Official
Capacity as Chief Judge of Eleventh Judicial
Circuit, and Respondent @ Judicial Qualifications
Committee in Docker No. 21-546

**EMERGENCY MOTIONS FOR EN BANC PANEL TO VACATE ATTACHED [01/27/2022] ORDER AS ALLEGEDLY OBTAINED BY JUDICIAL & CLERK MISFEASANCE/MALFEASANCE UPON PRO SE/PAUPERIS PETITIONER, AND THEREFORE THE EN BANC PANEL HAS A NON-DISCRETIONARY DUTY TO VACATE; REVERSE; & RENDER ORIGINAL DEFAULT JUDGMENT AGAINST DEFENDANTS/RESPONDENTS TO AVOID RE-FILING IN USDC**

1 That the IRREFUTABLE FACT that Defendant/Petitioners' counsel made a FATAL ERROR by never Objecting to; Denying the Facts; nor Requested more time to Reply to the Breach of Contract & Tortous Interference COUNTS in Original Miami-Dade [*Case #:21-17388CA31*];

2 That Lead counsel, Daniel Levin, then devised an overt Plan of Action for a "DO OVER", while Chief Judge Sayfie & the En Banc Panel had SOLE JURISDICTION & Non-Discretionary DUTY to GRANT pauperis/pro se Plaintiff his DEFAULT JUDGEMENT per Miami-Dade RULES of CIVIL PROCEDURE, yet took an ULTRA VIRES DEVIATION from the RULES, supporting the "BAIT & SWITCH", under color of LAW;

3 Then after the Florida Supreme Court had "ASSUMED TOTAL JURISDICTION & GRANTED PETITIONER FILING FEE IN FORMA PAUPERIS, allowed CLERK, *JOHN A. TOMASINO*, to then illicitly TRANSFER FLORIDA SUPREME COURT [CASE #:SC21-1649] "Back Down to the same Misfeasance/Malfeasance ACTORS-in-Concert in Miami-Dade, perpetrating Judicial Tyranny, a common law felony";

Wherefore; Petitioner/Plaintiff Demands Original [$1.5 million Default Judgment] against Defendants/Respondents, JOINT & SEVERAL, sua spont & instanter

### CERTIFICATES OF SERVICE

I certify that all Interested Parties received these EMERGENCY MOTIONS, etc., via PDF
Respectfully submitted & Delivered via FEDEX, with Signature Confirmation,

*Stephen P. Wallace*
Stephen P. Wallace c/o
11305 Quail Creek Rd.          February 5, 2022
OKC, Oklahoma 73120

# Supreme Court of Florida

WEDNESDAY, FEBRUARY 16, 2022

**CASE NO.: SC21-1649**
Lower Tribunal No(s).:
132021CA017388000001

| STEPHEN WALLACE | vs. | CARLOS H. GAMBOA, ETC., ET AL. |
|---|---|---|
| Petitioner(s) | | Respondent(s) |

Petitioner's motion filed with this Court on February 9, 2022, is hereby stricken as unauthorized.

**PLEASE BE ADVISED THAT THE ABOVE STYLED CASE IS FINAL IN THIS COURT AND NO FURTHER PLEADINGS MAY BE FILED. ANY FURTHER FILINGS WILL NOT BE RESPONDED TO AND PLACED IN A MISCELLANEOUS FILE.**

A True Copy
Test:

John A. Tomasino
Clerk, Supreme Court

dl
Served:

DANIEL E. LEVIN                                JONATHAN S. COOPER
STEPHEN WALLACE
HON. MERCEDES M. PRIETO, CLERK
HON. HARVEY RUVIN, CLERK

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.

**U.S. POSTAGE PAID**
PM 3-Day
IRVING, TX
75061
MAR 12, 22
AMOUNT
**$12.40**
R2306Y151884-02

32301
1006

FROM: Stephen P. Wallner
11305 Quail Creek Rd.
Oklahoma City, OK
73120

TO: Court Clerk
US Courthouse
111 North Adams
Tallahassee, Florida
32301




PRESS FIRMLY TO SEAL

**UNITED STATES POSTAL SERVICE® | PRIORITY MAIL®**

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

EXPECTED DELIVERY DAY: 03/16/22

USPS SIGNATURE® TRACKING #

9510 8114 5603 2071 7714 51

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP