IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STATE OF FLORIDA ex rel.
STEPHEN P. WALLACE and
ALL FLORIDA TAXPAYERS
SIMILARLY SITUATED,

    *Plaintiff*,

v.        Case No.: 4:22cv113-MW/MJF

JOHN A. TOMASINO, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 13. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 13, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to prosecute and failure to comply with court orders." The Clerk shall close the file.

**SO ORDERED on July 5, 2022.**

                                        s/Mark E. Walker          
                                        **Chief United States District Judge**