# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

STATE OF FLORIDA ex rel.
STEPHEN P. WALLACE and
ALL FLORIDA TAXPAYERS
SIMILARLY SITUATED,

    Plaintiff,

v.                                          Case No. 4:22cv113-MW/MJF

JOHN A. TOMASINO, et al.,

    Defendants.
_____/

## JUDGMENT

Plaintiff's claims are DISMISSED without prejudice for failure to prosecute and failure to comply with court.

                                                    JESSICA J. LYUBLANOVITS,
                                                    CLERK OF COURT

July 5, 2022                                                   s/ Taylor McGill
DATE                                                          Deputy Clerk